# CASOS RESUELTOS

## POR LA

# CORTE SUPREMA DE PUERTO RICO

OYOLA, DEMANDANTE Y APELANTE, *v.* SUCESIÓN DE SEGUNDO
ANDRADE, O MIRANDA, DEMANDADA Y APELADA.

APELACIÓN procedente de la Corte de Distrito de San Juan,
Sección Primera, en pleito sobre cobro de dinero.

No. 2395.—Resuelto en noviembre 29, 1921.

DESESTIMACIÓN DE APELACIÓN—TÉRMINO PARA APELAR SENTENCIAS PROCEDENTES
DE CORTES MUNICIPALES.—Cuando el escrito de apelación de una sentencia de
la corte de distrito dictada en apelación procedente de una corte municipal
se ha radicado después de transcurridos los quince días que fija el artículo
295 del Código· de Enjuiciamiento Civil enmendado en 9 de marzo de 1905,
procede la desestimación del recurso.

Los hechos están expresados en la opinión.
Abogado del apelante: *Sr. R. S. Pesquera.*
Abogado de la apelada: *Sr. E. Márquez.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del
tribunal.

El presente caso se originó en la Corte Municipal de Ba-
yamón entre Luis Oyola, demandante, y Sucesión de Segundo
Andrade o Miranda, demandada, sobre cobro de $359.60, y
del mismo conoció en grado de apelación mediante celebra-
ción de nuevo juicio, la Corte de Distrito de San Juan, Sec-
ción Primera, la que por sentencia dictada y registrada en
15 de mayo de 1920 desestimó la demanda, cuya sentencia
fué notificada a la parte demandante dos días después, o sea,
en 17 de mayo citado.

Contra la anterior sentencia interpuso la demandante re-
curso de apelación para ante esta Corte Suprema, que fué
registrado en la Secretaría de la corte de distrito en 12 de
junio de 1920.

1

En tramitación dicho recurso, la parte apelada ha presentado moción para que se desestime por el fundamento de haber sido interpuesto fuera del término prevenido por el artículo 295 del Código de Enjuiciamiento Civil tal como fué enmendado por la Ley de 9 de marzo de 1905.

Ordena dicho artículo enmendado que podrá establecerse apelación para ante el Tribunal Supremo de una sentencia de una corte de distrito dictada en apelación interpuesta contra resolución de una corte inferior dentro de los quince días después de registrada dicha sentencia, si el valor de la cosa reclamada o cuantía de la sentencia sin comprender frutos o intereses, excediera de $300, y la sección segunda de la Ley de 9 de marzo de 1911, para enmendar los artículos 92, 123, 227 y 299 del Código de Enjuiciamiento Civil dispone que en todos los casos en que se pueda establecer recurso de apelación se notifique por escrito la sentencia o resolución apelable a la parte perjudicada y una vez archivada copia de dicha notificación en los autos, el término para establecer el recurso de apelación empieza a correr desde la fecha del archivo de dicha notificación en los autos.

Como del record aparece que la sentencia fué notificada a la parte demandante en 17 de mayo de 1920 y que la apelación fué registrada en 12 de junio, es claro que el recurso fué interpuesto veintiseis días después de la notificación de la sentencia y por tanto cuando ya había transcurrido el término de quince días señalado por la ley para su interposición.

Procede declarar con lugar la moción de la parte apelada y desestimar el recurso de apelación interpuesto contra la sentencia de 15 de mayo de 1920, comunicándose en forma debida a la corte inferior a los fines procedentes.

*Desestimada la apelación.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.